AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

MISSED CALL, LLC

*Plaintiff(s)*

v.

TWILIO INC.

*Defendant(s)*

Civil Action No. 1:23-cv-01294-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TWILIO INC.
c/o Registered Agent
Corporation Service Company dba CSC - Lawyers Incorporating Service Company
211 E. 7th Street
Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT   PHILIP J. DEVLIN

Date: 10/26/2023

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01294-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

*SERVICE RETURN ATTACHED*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:23-CV-01294-RP

Plaintiff:
**Missed Call, LLC**

vs.

Defendant:
**Twilio Inc.**

For:
Ramey LLP
5020 Montrose Blvd.
Suite 800
Houston, TX 77006

Received by Dane Ray Cuppett on the 31st day of October, 2023 at 4:29 pm to be served on **Twilio Inc. by serving its registered agent Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701-3136**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **2nd day of November, 2023** at **3:26 pm**, I:

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint with Exhibit A and Exhibit B** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701-3136** on behalf of **Twilio Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

My name is Dane Ray Cuppett, my date of birth is 10/9/1984 and my address is 1411 West 6th Street, Austin, TX 78703, USA. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County, Texas.

Subscribed and sworn to before me on the 3rd day of November, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Dane Ray Cuppett**
PSC-7114, Exp. 10/31/2025

Date: 11/03/2023

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: ATX-2023015044
Ref: Missed Call, LLC v. Twilio, Inc.